THOMAS SAWYER, an Infant, by THOMAS C. LARKIN, His Guardian ad Litem, Respondent, *v.* DRAVO CONTRACTING COMPANY, Appellant.

*Sawyer* v. *Dravo Contracting Co.*, 146 App. Div. 907, affirmed.
(Argued April 3, 1912; decided April 30, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 17, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*James F. Donnelly* and *Frederick W. Catlin* for appellant.

*Thomas J. O'Neill, L. F. Fish* and *Eugene F. McGee* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.